CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
YANET PEREZ NOBLE
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973)645-2842
YPN1022

September 12, 2005

*UNITED STATES DISTRICT COURT
 DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. JOSEPH A. GREENAWAY, JR.** |
| *PLAINTIFF,* | : | *Criminal No. 96-114* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **ALEXIS JOSE TORRES VELAZQUEZ-GONZALEZ,** | : | Document filed electronically |
| | : | |
| *DEFENDANT*. | | |

The Judgement in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Alexis Velazquez-Gonzalez.

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY


s/ YANET PEREZ NOBLE
By:    YANET PEREZ NOBLE
       ASSISTANT U.S. ATTORNEY