CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
YANET PEREZ NOBLE
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973)645-2842
YPN1022

October 25, 2005

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **HON. MARYANNE TRUMP BARRY** |
| *PLAINTIFF,* | : | *Criminal No. 96-114* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **ALEXIS VELAZQUEZ-GONZALEZ,** | : | Document filed electronically |
| **(JOSE TORRES)** | | |
| | : | |
| *DEFENDANT.* | | |

The Judgement in the above-captioned case having been paid in full, the Clerk of

the United States Court for the District of New Jersey is hereby authorized and requested to

satisfy and cancel said judgment of record, as to defendant, Alexis Velazquez-Gonzalez.

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

s/ YANET PEREZ NOBLE
By:    YANET PEREZ NOBLE
ASSISTANT U.S. ATTORNEY